UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JENO WEISS,

                         Plaintiff,

    -against-

                                                      ORDER

AMERICAN EXPRESS CO.,                         20 Civ. 859 (GBD)

                         Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 18, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge