UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JENO WEISS,

                   Plaintiff,

     -against-                           ORDER

EQUIFAX INFORMATION SERVICES, LLC,    20 Civ. 859 (GBD)

                   Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that Plaintiff and Defendant Equifax Information Services, LLC have settled this matter, the Clerk of Court is hereby ORDERED to close the action against that defendant, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: April 21, 2020
       New York, New York

                                              SO ORDERED.

                                              *George B Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge