

Javier F. Flores, Esq.
(857) 305-6383
Javier.Flores@dinsmore.com

May 4 , 2020

**VIA ECF ONLY**

The Honorable George B. Daniels
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:

*George B. Daniels* [signature]
George B. Daniels, U.S.D.J.

Dated: MAY 0 5 2020

RE: **Jeno Weiss v. Equifax Information Services, LLC,** *et al.*
<u>**United States District Court, Southern District of New York (Foley Square)**
**Case No. 1:20-cv-00859-GBD**</u>
**Joint Request for Short Stay to Permit Further Settlement Discussions**

Dear Judge Daniels,

Plaintiff Jeno Weiss ("Plaintiff") and Defendant, Fifth Third Bank, National Association, as successor by merger to MB Financial Bank ("Fifth Third"), have engaged in productive settlement discussions and would like to further pursue those discussions before further engaging in litigation. Plaintiff and Fifth Third therefore respectfully request a thirty day stay of all deadlines in this matter, including Fifth Third's May 6, 2020 deadline to respond to the complaint.

Respectfully,

*/s/ Javier F. Flores*
Javier F. Flores, Esq.
Dinsmore & Shohl LLP
*Counsel for Defendant Fifth Third Bank,*
*National Association, as successor by*
*merger to MB Financial Bank*

*/s/ Edward Y. Kroub*
Edward Y. Kroub
Cohen & Mirzahi LLP
*Counsel for Plaintiff Jeno Weiss*

cc: Counsel of Record

16327722.1