UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JENO WEISS,

                Plaintiff,

    -against-

BARCLAYS BANK OF DELAWARE,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 859 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 4, 2021 initial conference is adjourned to June 3, 2021 at 9:30 a.m.

Dated: March 1, 2021
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge