UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JENO WEISS,

                Plaintiff,

    -against-                        ORDER

                                       20 Civ. 859 (GBD)
BARCLAYS BANK OF DELAWARE,

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from June 3, 2021 to July 20, 2021 at 9:30 a.m.

Dated: June 3, 2021
      New York, New York

                                                 SO ORDERED.

                                                 GEORGE B. DANIELS
                                                 United States District Judge