UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JENO WEISS,

                Plaintiff,

     -against-                        ORDER

BARCLAYS BANK OF DELAWARE,      20 Civ. 859 (GBD)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     Plaintiff has informed the Court that the above captioned case is no longer being prosecuted further. The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: JUN 21 2022
New York, New York

                                                        SO ORDERED.

                                                        *George B. Daniels*

                                                        GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE